```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | | |
|---|---|---|
| CANFIELD, <br><br> Plaintiff, <br><br> -against- <br><br> SS&C TECHNOLOGIES HELDINGS, INC. ET AL, <br><br> Defendants. | : : : : : : : : : | 18-cv-08913 (ALC) <br><br> **ORDER** |
| MENDON, ET AL, <br><br> Plaintiffs, <br><br> -against- <br><br> SS&C TECHNOLOGIES HOLDINGS, INC., ET AL, <br><br> Defendants. | : : : : : : : : : : | 18-cv-10252 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The status conference previously scheduled for January 21, 2020 at 10 a.m., is ADJOURNED to January 21, 2020, at 11:00 a.m. The parties should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1-19-20

Dated: January 19, 2020
New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge