USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-4-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANFIELD ET AL.,

                Plaintiff,

-against-

SS&C TECHNOLOGIES HOLDINGS, INC. ET AL.,

                Defendants.

18-cv-8913 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' joint consent letter motion asking that the Court temporarily stay the case in advance of a global mediation scheduled for July 22, 2019 and July 23, 2019. This motion is denied as moot as these dates have passed.

**SO ORDERED.**

Dated: February 4, 2020
       New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**