USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | : | |
|---|---|---|
| CANFIELD et al, | : | |
| | : | |
| Plaintiffs, | : | 1:18-cv-08913 (ALC) |
| | : | |
| -against- | : | |
| | : | |
| SS&C TECHNOLOGIES HOLDINGS, INC. et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------------x

| | : | |
|---|---|---|
| MENDON et al, | : | |
| | : | |
| Plaintiffs, | : | 1:18-cv-10252 (ALC) |
| | : | |
| -against- | : | |
| | : | |
| SS&C TECHNOLOGIES HOLDINGS, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiffs should submit a status report by July 27, 2020 informing the court whether, in light of the court's July 7, 2020 opinion and order disqualifying the Klamann Law Firm, they intend to proceed with Kent, Beatty & Gordon, LLP as counsel and/or will retain new or additional unconflicted counsel.

**SO ORDERED.**

**Dated:** July 17, 2020

New York, New York

ANDREW L. CARTER, JR.
United States District Judge