**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3215

WRITER'S DIRECT FACSIMILE
(212) 492-0215

WRITER'S DIRECT E-MAIL ADDRESS
lclayton@paulweiss.com

November 6, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 9, 2020

Re:   *Canfield, et al.* v. *SS&C Technologies Holdings, Inc., et al.*, 18-CV-08913-ALC
      *Mendon, et al.* v. *SS&C Technologies Holdings, Inc., et al.*, 18-CV-10252-ALC
      *Ferguson et al* v. *Ruane, Cunniff & Goldfarb, Inc., et al.*, 17-CV-06685-ALC

Dear Judge Carter:                                              **MEMO ENDORSED**

We represent the DST Defendants in these actions.[1] Pursuant to Your Honor's Individual Practices, we write to request permission to file and maintain under seal a response filed contemporaneously herewith to the letter filed under seal by Andrew Schermerhorn on November 4, 2020 (*see* ECF Nos. 84-85 (*Canfield*); 230-31 (*Ferguson*); 81-82 (*Mendon*). We respectfully submit that the letter submitted by Mr. Schermerhorn and the accompanying response should be maintained under seal.

---

[1]   The "DST Defendants" are DST Systems, Inc. ("DST"), the Advisory Committee of the DST Systems, Inc. 401(k) Profit Sharing Plan (the "Advisory Committee"), and the Compensation Committee of the Board of Directors of DST (the "Compensation Committee").

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Andrew L. Carter, Jr.     2

        While a presumption of public access applies to judicial documents, *i.e.*, documents relevant to the performance of the judicial function and useful in the judicial process, the weight of the presumption is "governed by the role of the material at issue" and the resulting value of such information to the public. *See Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006); *United States* v. *Amodeo* ("*Amodeo I*"), 44 F.3d 141, 145 (2d Cir. 1995). Courts must also balance against the weight of the presumption any countervailing factors, such as "the privacy interests of those resisting disclosure"—including "the degree to which the subject matter is traditionally considered private rather than public"—and the "nature and degree of injury" resulting from disclosure. *See Lugosch*, 435 F.3d at 120; *United States* v. *Amodeo* ("*Amodeo II*"), 71 F.3d 1044, 1050–51 (2d Cir. 1995).

        Courts in this district have found sealing warranted in similar circumstances. *See In re: General Motors*, 2015 WL 9480477 at *1, n.1 (S.D.N.Y. Dec. 29, 2015); *see also Fernandez* v. *City of New York*, 457 F. Supp. 3d 364, 400-401 (S.D.N.Y. 2020).

        Respectfully submitted,

        /s/ Lewis R. Clayton
        Lewis R. Clayton

cc:    All Counsel of Record (by ECF Filing)

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 9, 2020
The Court grants the DST Defendants' motion to keep their letter response kept under seal.