USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 24, 2020

# THE KLAMANN LAW FIRM

**4435 Main Street, Suite 150, Kansas City, Missouri 64111**
**Telephone: (816)421-2626   Fax: (816)421-8686**

November 23, 2020

**By ECF and Email**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshal United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *Canfield et al. v. SS&C Technologies Holdings, Inc.*, 1:18-cv-08913-ALC

Dear Judge Carter:

    Pursuant to Your Honors' Individual Practices and the Southern District's sealed filing requirements, I write to request that Exhibit A to the letter assigned ECF No. 91 be kept and maintained under seal. The exhibit is the same as the document previously submitted to the Court and assigned ECF No. 88, which was ordered sealed by the Court in an Order dated November 9, 2020. (ECF No. 90.)

                                      Respectfully submitted,

                                       Andrew Schermerhorn

cc:   All counsel of record

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 24, 2020