USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CANFIELD, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> SS&C TECHNOLOGIES HOLDINGS, INC., et al., <br><br> Defendants. | 18-CV-8913 (ALC) (BCM) |
| MARK MENDON, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> SS&C TECHNOLOGIES HOLDINGS, INC., et al., <br><br> Defendants. | 18-CV-10252 (ALC) (BCM) <br><br> **ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

The DST Defendants anticipate responding to the complaints in these actions with a motion to dismiss. For the reasons stated on the record during the April 8, 2021 conference, they shall do so no later than **April 22, 2021**. No pre-motion letters are required. Pending decision on that motion, or further order of the Court, no discovery shall take place in these actions.

With regard to the previously-filed stipulations of dismissal as to defendant RCG (Dkt. No. 47 in *Canfield*, Dkt. No. 46 in *Mendon*), plaintiffs' current counsel of record are directed to refile the stipulations.

The Clerk of Court is respectfully directed to lift the stay in *Mendon*, No. 18-CV-10252.

Dated: New York, New York
      April 8, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**