IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CANFIELD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SS&C TECHNOLOGIES HOLDING, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 1:18-cv-8913-ALC-BCM <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: April 13, 2021 |

**NOTICE OF VOLUNTARY DISMISSAL OF
RUANE, CUNNIFF & GOLDFARB, INC. WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Robert Canfield, Bonnie Kartz, Latrecia Onunkwor, Diana Weaver and David Ostermeyer hereby give notice that the above-captioned action, as to Ruane, Cunniff & Goldfarb, Inc. *only*, is voluntarily dismissed with prejudice and with each party to bear his, her or its own costs. Plaintiffs' claims against the other defendants remain pending.

Dated: April 12, 2021

                                                                                         KENT, BEATTY & GORDON, LLP

                                                                                         /s/Joshua B. Katz
                                                                                         Joshua B. Katz
                                                                                         Eleven Times Square
                                                                                         New York, New York 10036
                                                                                         (212) 421-4300
                                                                                         jbk@kbg-law.com
                                                                                        *Attorneys for the Plaintiffs*

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 13, 2021