**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/27/21__

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| ROBERT CANFIELD, individually and for his individual account damages on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN, et al.,<br><br>                          Plaintiffs,<br><br>                v.<br><br>SS&C TECHNOLOGIES HOLDINGS, INC., DST SYSTEMS, INC., THE ADVISORY COMMITTEE OF THE DST SYSTEMS, INC., 401(K) PROFIT SHARING PLAN, THE COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF DST SYSTEMS, INC., RUANE, CUNNIFF & GOLDFARB, INC., and John Does 1-20,<br><br>                          Defendants. | Case No. 18-CV-08913 (ALC)<br><br>**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL** |

Please take notice that, upon the annexed declaration, and subject to the approval of the Court, Joshua D. Kaye hereby withdraws as counsel for defendants SS&C Technologies Holdings, Inc., DST Systems, Inc., the Advisory Committee of the DST Systems, Inc., 401(k) Profit Sharing Plan, and the Compensation Committee of the Board of Directors of DST Systems, Inc. (the "DST Defendants"). Lewis R. Clayton, Jessica S. Carey, and Jeffrey J. Recher of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent the DST Parties in this proceeding.

| | |
|---|---|
| Dated: April 23, 2021<br>New York, New York | Respectfully submitted,<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>/s/ *Joshua D. Kaye*<br>    Lewis R. Clayton<br>    Jessica S. Carey<br>    Jeffrey J. Recher<br>    Joshua D. Kaye<br><br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>Email: jkaye@paulweiss.com<br><br>*Counsel for the DST Defendants* |

SO ORDERED:

_____
Barbara Moses U.S.M.J.
April 27, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CANFIELD, individually and for his individual account damages on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SS&C TECHNOLOGIES HOLDINGS, INC., DST SYSTEMS, INC., THE ADVISORY COMMITTEE OF THE DST SYSTEMS, INC., 401(K) PROFIT SHARING PLAN, THE COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF DST SYSTEMS, INC., RUANE, CUNNIFF & GOLDFARB, INC., and John Does 1-20, <br><br> Defendants. | Case No. 18-CV-08913 (ALC) |

## DECLARATION OF JOSHUA D. KAYE

I, Joshua D. Kaye, declare and state as follows:

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), an international law firm with its principal offices at 1285 Avenue of the Americas, New York, New York 10019, counsel for defendants SS&C Technologies Holdings, Inc., DST Systems, Inc., the Advisory Committee of the DST Systems, Inc., 401(k) Profit Sharing Plan, and the Compensation Committee of the Board of Directors of DST Systems, Inc. (the "DST Defendants"). I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for the DST Defendants because I am leaving the employ of Paul, Weiss.

2. Lewis R. Clayton, Jessica S. Carey, and Jeffrey J. Recher of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent the DST Parties in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2021
     New York, New York

                                                  */s/ Joshua D. Kaye*
                                                  Joshua D. Kaye

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 23, 2021, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on April 23, 2021, caused a true and correct copy of the foregoing to be served upon Anthony Marinello of SS&C Technologies, Inc. by Federal Express for overnight delivery.

April 23, 2021
New York, New York

*/s/ Joshua D. Kaye*
Joshua D. Kaye