USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 19, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
ROBERT CANFIELD ET AL.,                            :
                                                    :
                          Plaintiffs,              :
                                                    :   18-CV-8913 (ALC)
            -against-                              :
                                                    :   **ORDER**
SS&C TECHNOLOGIES HOLDINGS, INC. ET AL., :
                                                    :
                          Defendants.              :
                                                    :
------------------------------------------------------------------- x
------------------------------------------------------------------- x
MARK MENDON ET AL.,                                :
                                                    :
                          Plaintiffs,              :
                                                    :
                                                    :   18-CV-10252 (ALC)
            -against-                              :
                                                    :   **ORDER**
SS&C TECHNOLOGIES HOLDINGS, INC. ET AL., :
                                                    :
                          Defendants.              :
                                                    :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court's August 17, 2021 Memorandum and Order in *Ferguson v. Ruane Cunniff & Goldfarb Inc.*, No. 17-cv-6685, ECF No. 311, granted certification of a mandatory class pursuant to Federal Rule of Civil Procedure 23. Accordingly, the above-referenced cases are hereby DISMISSED. The Clerk of Court is respectfully directed to close these cases.

**SO ORDERED.**

Dated:    **November 19, 2021**
          **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**