# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of July, two thousand twenty-three.

Before:       Joseph F. Bianco,
                      *Circuit Judge,*

_____

Michael L. Ferguson, Myrl C. Jeffcoat, Deborah Smith, on behalf of the DST Systems, Inc. 401(K) Profit Sharing Plan,

    Plaintiffs-Appellees,

v.

James DuCharme,

    Intervenor-Plaintiff-Appellant,

Robert Canfield, Bonnie Kartz, Latrecia Onunkwor, Diana Weaver, David Ostermeyer, Mark Mendon, Jill Pehlman, Stephanie Ostrander, individually and as representative of a class of similarly situated persons,

    Intervenors-Appellants,

v.

DST Systems, Inc., The Advisory Committee of the DST Systems, Inc. 401(K) Profit Sharing Plan, The Compensation Committee of the Board of Directors of DST Systems, Inc.,

    Defendants-Cross-Claimants-Cross-Defendants-Appellees.

**ORDER**

Docket Nos. 21-3066(L),
22-275(Con)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/19/2023

_____
_____

Latrecia Onunkwor, individually and individually and for her individual account damages on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN, et al.,

    Plaintiffs - Appellants,

v.

Docket No. 21-3086

CERTIFIED COPY ISSUED ON JULY 19, 2023

SS&C Technologies Holdings, Inc., DST Systems, Inc., The Advisory Committee of the DST Systems, Inc., 401(k) Profit Sharing Plan, The Compensation Committee of the Board of Directors of DST Systems, Inc.,

   Defendants – Appellees.
_____

_____
Mark Mendon, individually and for his individual account damages on behalf of the DST SYSTEMS, INC. 401 (K) PROFIT SHARING PLAN, Jill Pehlman, individually and for her individual account damages on behalf of the DST SYSTEMS, INC. 401 (K) PROFIT SHARING PLAN,

   Plaintiffs - Appellants,

v.

SS&C Technologies Holdings, Inc., DST Systems, Inc., The Advisory Committee of the DST Systems, Inc., 401(k) Profit Sharing Plan, The Compensation Committee of the Board of Directors of DST Systems, Inc.,

   Defendants – Appellees.
_____

Docket No. 21-3088

  The parties jointly request a stay of the above-captioned appeals pending the district court's decision on whether to preliminarily and finally approve the settlement that has been proposed to that court.

  IT IS HEREBY ORDERED that the motion to stay the appeals is GRANTED.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit